Frank J. Dykas (ISB #1776)
Stephen M. Nipper (ISB #5822)
Elizabeth H. Schierman (ISB #7208)
Dykas, Shaver & Nipper, LLP
1403 W. Franklin Street
P.O. Box 877
Boise, ID  83701-0877
(208) 345-1122
(208) 345-8370 – FAX

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VIRGIN MOBILE USA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLUE OCEANS DISTRIBUTING, LLC, ) <br> (d/b/a BLUE OCEANS DISTRIBUTORS), ) <br> MIDWAY DISTRIBUTOR LLC (d/b/a ) <br> MIDWAY DISTRIBUTING), PETER ) <br> BABICH) (a/k/a PIOTR BABICHENKO), ) <br> TIM BABICHENKO, and PAVEL "PAUL" ) <br> BABICHENKO, ) <br> ) <br> Defendants. ) <br> ) | Case No.: CV 06-511-S-EJL <br><br> **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Defendant Blue Oceans Distributing, LLC, (d/b/a Blue Oceans Distributors), has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.  Likewise,

Midway Distributors LLC, (d/b/a Midway Distributing), has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: February 6, 2007.

*Elizabeth Herbst Schierman*
_____
Frank J. Dykas
Stephen M. Nipper
Elizabeth H. Schierman
Dykas, Shaver & Nipper, LLP
1403 W. Franklin Street
P.O. Box 877
Boise, ID  83701-0877
(208) 345-1122
(208) 345-8370 – FAX
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2007, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Anthony Dreyer, Attorney for Plaintiff
adreyer@skadden.com

Frank J Dykas, Attorney for Defendants
frank@DYKASLAW.COM

Richard H Greener, Attorney for Plaintiff
rgreener@greenerlaw.com, kgraham@greenerlaw.com

Stephen Michael Nipper, Attorney for Defendants
STEPHEN@DYKASLAW.COM

Elizabeth Herbst Schierman, Attorney for Defendants
schierman@dykaslaw.com, ehs@dykaslaw.com, LizH@TurboNet.com

Fredric V Shoemaker, Attorney for Plaintiff
fshoemaker@greenerlaw.com, kcrane@greenerlaw.com

Jon T Simmons, Attorney for Plaintiff
jsimmons@greenerlaw.com, cbaldino@greenerlaw.com

Julie S Tetrick, Attorney for Plaintiff
jtetrick@greenerlaw.com

_____
Elizabeth Herbst Schierman
Attorney for Defendants

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** - Page 3 -