IN THE UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| VIRGIN MOBILE USA, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BLUE OCEANS DISTRIBUTING, LLC (d/b/a BLUE OCEANS DISTRIBUTORS), MIDWAY DISTRIBUTOR LLC (d/b/a MIDWAY DISTRIBUTING), PETER BABICH (a/k/a PIOTR BABICHENKO), TIM BABICHENKO, and PAVEL "PAUL" BABICHENKO,<br><br>　　　　　　　　　Defendants. | Case No. 06-00511-S-EJL |

**FINAL JUDGMENT AND**
**STIPULATED PERMANENT INJUNCTION**

Plaintiff Virgin Mobile USA, LLC ("Virgin Mobile") and Defendants Blue Oceans Distributing, LLC (d/b/a Blue Oceans Distributors), Midway Distributor LLC (d/b/a Midway Distributing), Peter Babich (a/k/a Piotr Babichenko), Tim Babichenko, and Pavel "Paul" Babichenko (collectively "Defendants"), having entered into a settlement and having resolved all issues in this action (the "Action"), and having as part of their settlement stipulated to the entry of this Agreed Permanent Injunction, the Court enters the following Order:

**PERMANENT INJUNCTION**

Defendants (and their officers, directors, employees, agents, representatives, and all others acting in concert with Defendants) are permanently enjoined from, directly or indirectly, (a) purchasing, or offering to purchase, Virgin Mobile-branded handsets, or inducing purchasers

**FINAL JUDGMENT AND STIPULATED PERMANENT INJUNCTION – 1**

of such handsets to resell those handsets to Defendants; (b) reselling, offering to resell, or shipping Virgin Mobile-branded handsets; (c) hacking and reprogramming, or otherwise altering Virgin Mobile-branded handsets, or inducing or assisting others to do so; and/or (d) repackaging, shipping, distributing, selling, or reselling Virgin Mobile-branded handsets.

## **OTHER MATTERS**

1. Each party shall bear its own costs and attorneys' fees.

2. This Agreed Permanent Injunction shall constitute the final judgment in this Action as against Defendants.

3. Defendants' Counterclaims are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4. This Action having been concluded in all respects, the Clerk is directed to mark this matter closed.

5. This Court retains jurisdiction to enforce this injunction.

DATED: **February 28, 2007**

_____
~~Honora~~ble Edward J. Lodge
U. S. District Judge